UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

ROBERT SILER,

    Plaintiff,

v

PATRICIA CARUSO, et al,

    Defendants.

NO. 1:10-cv-97

HON. ROBERT J. JONKER
MAG. HUGH W. BRENNEMAN, JR.

| Robert Siler<br>Plaintiff *In Pro Per*<br>P.O. Box 581<br>Grand Haven, MI 49417 | Ronald W. Chapman<br>Kimberley A. Koester<br>Chapman and Associates PC<br>*Attys for Prison Health Serv. & Daniel Spitters*<br>40950 N. Woodward Ave.<br>Suite 120<br>Bloomfield Hills, MI 48304<br>(248) 644-6326 | Allan J. Soros (P43702)<br>Assistant Attorney General<br>*Atty for Defendants Patricia Caruso and Michael Whalen*<br>Corrections Division<br>P.O. Box 30217<br>Lansing, MI 48909<br>(517) 335-7021 |
|---|---|---|

## ORDER GRANTING DEFENDANT WHALEN'S MOTION FOR ENLARGEMENT OF TIME

Defendant Michael Whalen having filed a Motion for Enlargement of Time in Which to File Responsive Pleading and the Court having reviewed same;

IT IS ORDERED that the motion is GRANTED and Defendant Whalen shall file a response on or before August 2, 2010.

Date: June 3, 2010

/s/ Hugh W. Brenneman, Jr.
Hon. Hugh W. Brenneman, Jr.
United States Magistrate Judge

Soros/order enlarge time 2010-0010569A