UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

ROBERT JAMES SILER,

        Plaintiff,               Case No. 1:10cv97

v.                                      Hon. Robert J. Jonker

PATRICIA CARUSO, et al.,

        Defendants.

_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on January 7, 2011. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed January 7, 2011, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that the motions for summary judgment (docket ##14 ,32) are **GRANTED**.

                                                          /s/ Robert J. Jonker
                                                         ROBERT J. JONKER
                                                 UNITED STATES DISTRICT JUDGE

DATED: February 7, 2011.